IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01296-PAB-MEH

PAMELA BUTLER,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a body corporate and politic, and
STEVEN COX, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2009.**

    Plaintiff's Motion for Leave to File First Amended Complaint and Jury Demand [filed July 28, 2009; docket #10] is **denied as moot**. As Plaintiff states in her motion, pursuant to Fed. R. Civ. P. 15(a)(1)(A), a plaintiff need not seek leave of court to file an amended complaint prior to the filing of a responsive pleading. Here, no responsive pleading has been filed.

    Thus, the Clerk of the Court is directed to file the First Amended Complaint and Jury Demand found at docket #10-3.