IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01296-PAB-MEH

PAMELA BUTLER,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a body corporate and politic, and
STEVEN COX, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2009.**

    The Stipulated Motion for Leave to File Stipulated Protective Order [filed August 3, 2009; docket #19] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.